# EXHIBIT "A"



# FIBRS Incident Report

PUTNAM COUNTY SHERIFF'S OFFICE
130 ORIE GRIFFIN BLVD
PALATKA, FL 32177

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 4/8/2021 12:38:41 PM | PCSO21OFF001223 (02) | PCSO21OFF001223 / PCSO21CAD014753 | DEPUTY / 1302 | SHARP, ALEX MILLIGAN |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: Clearance: |
|---|---|---|---|---|
| FL0540000 | 4/5/2021 1:46:59 PM | 04/05/2021 13:46:59 - | | |

| Offense Description |
|---|
| 14 INFORMATION |

**LOCATION(S)**

| County | Location Type | Location Description |
|---|---|---|
| PUTNAM | INCIDENT LOCATION | N SUMMIT ST |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code | Phone Number | Ext. |
|---|---|---|---|---|---|---|---|
| 3 | N SUMMIT ST | | CRESCENT CITY | FL | | | |

| County | Location Type | Location Description |
|---|---|---|
| | | |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code | Phone Number | Ext. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| County | Location Type | Location Description |
|---|---|---|
| PUTNAM | | |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code | Phone Number | Ext. |
|---|---|---|---|---|---|---|---|
| | | | CRESCENT CITY | FL | | | |

| County | Location Type | Location Description |
|---|---|---|
| | | |

| Street Number | Street | Apt/Lot/Bldg | City | State | Zip Code | Phone Number | Ext. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**Narrative: INITIAL**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 4/8/2021 3:35:33 PM | INFORMATION |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| SHARP, ALEX MILLIGAN | DEPUTY | 1302 | PCSO\ADMINISTRATION |

| Officer Signature | Officer Agency |
|---|---|
| | PUTNAM COUNTY SHERIFF'S OFFICE |

On April 5th, 2021, Investigator John Zagar and this writer met with interim City Manager (Phil Leary) and current Mayor Michele Myers of Crescent City at their City Hall. The meeting was made based on City Attorney Jay Asbury's request concerning suspected unauthorized access to the Mayor's and other Crescent City staff work computers.

At the meeting, they relayed their concerns that confidential information was

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
| --- | --- | --- | --- | --- |
| 4/8/2021 12:38:41 PM | PCSO21OFF001223 (02) | PCSO21OFF001223 / PCSO21CAD014753 | DEPUTY / 1302 | SHARP, ALEX MILLIGAN |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: Clearance: |
| --- | --- | --- | --- | --- |
| FL0540000 | 4/5/2021 1:46:59 PM | 04/05/2021 13:46:59 - | | |

| Offense Description |
| --- |
| 14 INFORMATION |

being accessed off the Mayor's work computer and then leaked. Additionally, there was concern that they had discovered links to adult websites and accounts with passwords associated with the former Mayor Brent Peterson. Peterson was the former Mayor and had been assigned and used the computer in question before Meyers.

I advised that the unauthorized access to a computer or network was a crime under Florida Statute and could be investigated. As for the adult websites, I informed them we would see if any images had been retained on the computer, but unless they were images involving children, there was no basis for a crime.

The Mayor and City manager requested we take the computer and examine it based on the above concerns.

This writer used the PCSO tech support to create an exact digital copy of the computer's hard drive for examination and inspection. The computer's original hard drive was not altered or modified, so if I discovered evidence of a crime, it would be preserved for potential criminal prosecution.

Upon examining the copied hard drive, I did discover prior documents and pictures one would associate with the former Mayor Brent Peterson. Located in the user directory titled Mayor, I observed a folder titled "Peterson Computer," which contained two files, an Excel file titled Google Chrome Passwords and an image file titled Google Chrome Screen capture.

The image file showed a time and date of creation on 11:32 3/24/2021. It appeared to be the personal Google startup page of Brett Peterson, as evidenced by an icon and link to an app titled in his name. I did note a link to a website, Tube8, an adult sex website; also, I noted a link to an unidentified Gmail account. This, however, is not indicative of any unauthorized computer intrusion. Google users can set their accounts to log in upon launch of their web browser automatically from any computer they use or access. It is my professional opinion that Peterson never logged out of his Google account upon leaving as Mayor. Anyone subsequently launching Google Chrome on this computer would be automatically logged in as Peterson with access to his email and links to his frequent web destinations.

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 4/8/2021 12:38:41 PM | PCSO21OFF001223 (02) | PCSO21OFF001223 / PCSO21CAD014753 | DEPUTY / 1302 | SHARP, ALEX MILLIGAN |

| Originating Agency ORI | Reported to Agency Date | Occur Date Range | Jurisdiction | Status: Clearance: |
|---|---|---|---|---|
| FL0540000 | 4/5/2021 1:46:59 PM | 04/05/2021 13:46:59 - | | |

| Offense Description |
|---|
| 14 INFORMATION |

The Excel file was showed a time and date of creation on 11:33 3/24/2021. It contained a list of websites, user names, and passwords associated with Peterson. This is a feature of Google, where you can export all user names and stored passwords from the Google Chrome web browser. I did note the websites listed contained multiple websites and accounts associated with adult sex sites.

Using a wild card and extension search, I pulled up all images currently contained on the copied hard drive. After reviewing the retrieved images, there was no pornography or images of sexual nature discovered.

Next, I examined the event logs in the Windows operating system, looking for any remote access events or anything that would indicate an illegal log-in or access. After reviewing the system file logs, I saw no evidence of any such activity.

In conclusion, I was not able to establish any illegal activities involving this computer. The computer will be returned, and the digital copy of the hard drive deleted.

Alex Sharp
F1302

**Narrative: SUPPLEMENT**

| Narrative Date/Time | Narrative Synopsis |
|---|---|
| 4/28/2021 2:27:42 PM | ADDITIONAL INFORMATION |

| Reporting Officer | Officer Rank | Officer ID No | Officer Org/Unit |
|---|---|---|---|
| SHARP, ALEX MILLIGAN | DEPUTY | 1302 | PCSO\ADMINISTRATION |

| Officer Signature | Officer Agency |
|---|---|
| | PUTNAM COUNTY SHERIFF'S OFFICE |

For further clarification this writer spoke with City Attorney, Jay Asbury via the phone to inquire if he had any additional information regarding the computer I had previously examined. Asbury advised he had no personal knowledge of any of the activities that were described in my initial report. He further stated his only

| Report Date / Time | Report Number | Report Case/CAD Number | Reporting Officer Rank / ID | Reporting Officer Name |
|---|---|---|---|---|
| 4/8/2021 12:38:41 PM | PCSO21OFF001223 (02) | PCSO21OFF001223 / PCSO21CAD014753 | DEPUTY / 1302 | SHARP, ALEX MILLIGAN |
| **Originating Agency ORI** | **Reported to Agency Date** | **Occur Date Range** | **Jurisdiction** | **Status:** / **Clearance** |
| FL0540000 | 4/5/2021 1:46:59 PM | 04/05/2021 13:46:59 - | | |
| **Offense Description** | | | | |
| 14 INFORMATION | | | | |

involvement was facilitating the new City Manager and the Mayor's meeting to address their stated concerns.

In reviewing my original report, it should also be made clear that the observed links to adult websites, and associated other websites, found within the open Google Account belonged to the previous Mayor and previous user of the examined computer, Brett Peterson. This is further substantiated by the list of account user names and passwords listed in the previously described Excel file. This writer observed no evidence that the open Google Account was modified, fabricated, or created by any other person who subsequently had possession of the computer.

| Sup # | Officer Name Rank / ID # | Involvement On Report / Reporting Role | Officer Agency Org/Unit |
|---|---|---|---|
| 01 | SHARP, ALEX MILLIGAN<br>DEPUTY 1302 | REPORTING OFFICER | PUTNAM COUNTY SHERIFF'S OFFICE<br>PCSO\ADMINISTRATION |
| 01 | ZAGAR, JOHN M<br>1206 | INVESTIGATOR | PUTNAM COUNTY SHERIFF'S OFFICE<br>PCSO\LAW ENFORCEMENT\MAJOR CRIMES |

The undersigned certifies and swears that he/she has just and reasonable grounds to believe that the above named Defendant, committed violation(s), of law, on the below date(s) and time(s), as listed in the narratives associated with this report:

**Officer: Reporting Officer (Supplement02)**

| Officer Name | Office Rank | Officer ID No | Sworn and subscribed before me, the undersigned authority |
|---|---|---|---|
| SHARP, ALEX MILLIGAN | DEPUTY | 1302 | This the ______ day of ________________, __________ |
| Officer Agency | | | DEPUTY OF THE COURT, NOTARY OR LAW ENFORCEMENT OFFICER |
| PUTNAM COUNTY SHERIFF'S OFFICE | | | |
| Officer Signature | | | |