UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity; H.D. DELOACH, in his official capacity as Sheriff of Putnam County, Florida, NORTHEAST FLORIDA NEWSPAPERS, LLC, d/b/a PALATKA DAILY NEWS, a Georgia business entity, SARAH CAVACINI, the CITY OF CRESCENT CITY, FLORIDA, JOHN/JANE DOES 1-10 (fictitious individuals), and ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Case No.: 3:22-cv-00090-TJC-PDB |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_  IS   related to a pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

  X   IS NOT   related to any pending or closed civil or criminal case filed with this

Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party immediately and concurrent with the filing of this Notice.

Dated: <u>February 17, 2022</u>

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 17, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record:

Respectfully Submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*