UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity; H.D. DELOACH, in his official capacity as Sheriff of Putnam County, Florida, NORTHEAST FLORIDA NEWSPAPERS, LLC, d/b/a PALATKA DAILY NEWS, a Georgia business entity, SARAH CAVACINI, the CITY OF CRESCENT CITY, FLORIDA, JOHN/JANE DOES 1-10 (fictitious individuals), and ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Case No.: 3:22-cv-00090-TJC-PDB |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

　　1) Brett Peterson, Plaintiff
　　2) Rook Elizabeth Ringer, attorney for Plaintiff
　　3) Joseph D. Lento, attorney for Plaintiff
　　4) Lento Law Group, P.A., attorneys for Plaintiff

5) Michele Myers, Mayor of Crescent City, Florida, Defendant
6) H.D. Deloach, Sheriff of Putnam County, Florida, Defendant
7) Northeast Florida Newspapers, LLC, d/b/a Palatka Daily News, Defendant
8) Sarah Cavacini, Defendant
9) City of Crescent City Florida, Defendant
10) Phil Leary, City Manager
11) Jay Asbury, City Attorney
12) Alex Milligan Sharp, Defendant
13) John/Jane doe's 1-10 (fictitious individuals), Defendant
14) ABC Entities 1-10 (fictitious entities), Defendant

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    NONE

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    NONE

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    Brett Peterson, Plaintiff

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084

904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 17, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record:

Respectfully Submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*