UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON, | ) |
| Plaintiff, | ) CASE NO. 3-22-CV-90 |
| v. | ) |
| MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity; H.D. DELOACH, in his official capacity as Sheriff of Putnam County, Florida, ALEX MILLIGAN SHARP, in his personal capacity, NORTHEAST FLORIDA NEWSPAPERS, LLC, d/b/a PALATKA DAILY NEWS, a Georgia business entity, SARAH CAVACINI, THE CITY OF CRESCENT CITY FLORIDA, JOHN/JANE DOES 1-10 (fictitious individuals), and ABC ENTITIES 1-10 (fictitious entities), | ) |
| Defendants. | ) |

## UNOPPOSED MOTION FOR SPECIAL ADMISSION

David E. Hudson, Esquire, moves for special admission to represent Northeast Florida Newspapers, LLC d/b/a Palatka Daily News and Sarah Cavacini in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a Bar of a United States District Court; specifically, the Southern District of Georgia.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have appeared in the last thirty-six months only in the case below in a state or federal court in Florida: *Florida Psychological Associates v. Michael Miller*, Civil

01630075-2

Action No. 2019-CA-432, in the Circuit Court for the Fourth Judicial Circuit for Nassau County, Florida.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonable incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

This 15th day of February, 2022.

                                                    s/s    *David E. Hudson*
                                                    DAVID E. HUDSON
                                                    Georgia Bar No. 374450

**HULL BARRETT, P.C.**
P. O. Box 1564
Augusta, GA 30903-1564
(706) 722-4481 Telephone
Dhudson@hullbarrett.com

## LOCAL RULE 3.01(G) CERTIFICATION

I have conferred with counsel for the opposing party and represent the opposing party does not object to my special admission.

<u>s/s    David E. Hudson</u>
DAVID E. HUDSON

01630075-2