United States District Court
Middle District of Florida
Jacksonville Division

**BRETT PETERSON,**

    *Plaintiff,*

v.                                                 No. 3:22-cv-90-TJC-PDB

**MICHELLE MYERS ET AL.,**

    *Defendants.*

___

# Order

David Hudson, Esquire, moves for permission to specially appear to represent Northeast Florida Newspapers, LLC, and Sarah Cavacini in this action. Doc. 9. The plaintiff has no objection. Doc. 9 at 3.

Based on the information with the motion, the Court **grants** the motion, Doc. 9; **permits** Mr. Hudson to specially appear to represent Northeast Florida Newspapers, LLC, and Sarah Cavacini in this action; and **directs** Mr. Hudson to register with the Court's electronic case filing (ECF) system by completing the E-Filer Registration Form.

By **March 10, 2022,** counsel must notify the Court who will be serving as lead counsel. *See* Local Rule 1.01(9) ("'Lead counsel' means the lawyer responsible to the court and the other parties for the conduct of the action, including scheduling."); Local Rule 1.07(c) ("DUTY OF THE LEAD COUNSEL. The lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere. The lead counsel promptly must

file a 'Notice of a Related Action' that identifies and describes the related action."); Local Rule 2.02 ("LEAD COUNSEL. The first paper filed on behalf of a party must designate only one 'lead counsel' who — unless the party changes the designation — remains lead counsel throughout the action."); Local Rule 4.03 (explaining an order referring a civil action to mediation must require attendance of lead counsel); Local Rule 7.01(c)(4)(E) & (c)(5)(B) (requiring lead counsel to verify certain information for an award of attorney's fees or non-taxable expenses).

    **Ordered** in Jacksonville, Florida, on February 23, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*