United States District Court
Middle District of Florida
Jacksonville Division

**BRETT PETERSON,**

 *Plaintiff,*

v.                 No. 3:22-cv-90-TJC-PDB

**MICHELLE MYERS ET AL.,**

 *Defendants.*

---

## Order

In the order permitting David Hudson, Esquire, to specially appear to represent Northeast Florida Newspapers and Sarah Cavacini, the Court directed counsel to notify the Court who will be serving as lead counsel by March 10, 2022. Doc. 10. Counsel has failed to respond. By **March 25, 2022**, counsel must notify the Court who will be serving as lead counsel for Northeast Florida Newspapers and Sarah Cavacini and show cause why sanctions should not be imposed for failure to comply with the order.

Also by **March 25, 2022**, counsel for Brett Peterson must notify the Court who will be serving as lead counsel for him.

**Ordered** in Jacksonville, Florida, on March 18, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*