UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BRETT PETERSON,**

    *Plaintiff,*

v.                                                     No. 3:22-cv-90-TJC-PDB

**MICHELE MYERS, ET AL.,**

    *Defendants.*

### RESPONSE OF NORTHEAST FLORIDA NEWS AND SARAH CAVACINI TO MARCH 18, 2022 ORDER (Doc. #11)

Lead counsel for Defendants Northeast Florida Newspaper LLC and Sarah Cavacini will be the undersigned. Local counsel will be Brooks Rathet, Bromagen, Rathet, Klee, and Smith, P.A., 625 Atlantic Blvd, Atlantic Beach, Fl. 32233, brooks@bromagenlaw.com.

The undersigned apologizes to the Court for failing to designate lead counsel by March 10, 2022, as required by the Order of February 24, 2022 (Doc. #10). When applying for permission to specially appear, the undersigned did focus on whether to designate local counsel as is usually required in seeking to appear *pro hac vice*. Not seeing that requirement, I assumed that information would be supplied in the filing of first pleadings for the newspaper and Ms. Cavacini. Local Rule 2.02. The answer of these defendants is due to be filed on March 24, 2022.

Nevertheless, the obligation to designate lead counsel is stated "as plain as day" in the order of February 24, 2022. The undersigned in complying with the other requirements of that Order simply failed to focus on that sentence. It would have been no burden to file

a one page pleading to comply—it was just overlooked. This failure was inadvertent, not intentional.

    This 18th day of March, 2022.

                                        */s/*    *David E. Hudson*
                                        DAVID E. HUDSON
                                        Georgia Bar No. 374450
                                        Specially Admitted
                                        Attorney for Defendants
                                        Sarah Cavicini and Northeast
                                        Florida Newspapers, LLC

This pleading has been filed with the Clerk for service on all counsel through the Court's CM/ECF System.

This 18th day of March, 2022.

> */s/    David E. Hudson*
> DAVID E. HUDSON