United States District Court
Middle District of Florida
Jacksonville Division

**BRETT PETERSON,**

    *Plaintiff,*

v.     No. 3:22-cv-90-TJC-PDB

**MICHELLE MYERS ET AL.,**

    *Defendants.*

---

# Order

Considering the circumstances David Hudson, Esquire, describes in his response, Doc. 12, the Court discharges the order to show cause, Doc. 11, and declines to impose sanctions for his failure to identify lead counsel by the Court's established deadline, Doc. 10.

**Ordered** in Jacksonville, Florida, on March 23, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*