UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity; H.D. DELOACH, in his official capacity as Sheriff of Putnam County, Florida, NORTHEAST FLORIDA NEWSPAPERS, LLC, d/b/a PALATKA DAILY NEWS, a Georgia business entity, SARAH CAVACINI, the CITY OF CRESCENT CITY, FLORIDA, JOHN/JANE DOES 1-10 (fictitious individuals), and ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Case No.: 3:22-cv-90 |

## **PLAINTIFFS' NOTICE OF LEAD COUNSEL DESIGNATION**

COME NOW the Plaintiff, BRETT PETERSON, by and through his undersigned counsel, and hereby designate ROOK ELIZABETH RINGER, ESQ. as lead counsel in this action.

Dated: <u>25 MAR 2022</u>        Respectfully submitted,

*/s/ Rook Ringer*

_____

        ROOK ELIZABETH RINGER, ESQ.
        Florida Bar No. 1015698
        LENTO LAW GROUP, P.A.
        222 San Marco Ave., Ste. C
        St. Augustine, FL 32084
        904.602.9400 (Office)
        904.299.5400 (Fax)
        reringer@lentolawgroup.com
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 25, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record:

        Respectfully Submitted,

        /s/ Rook Ringer
        _____
        ROOK ELIZABETH RINGER, ESQ.
        Florida Bar No. 1015698
        LENTO LAW GROUP, P.A.
        *Attorney for Plaintiff*