**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BRETT PETERSON,

    Plaintiff,                              Case No.: 3:22-cv-90

v.

MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity; H.D. DELOACH, in his official capacity as Sheriff of Putnam County, Florida; ALEX MILLIGAN SHARP, in his personal capacity; NORTHEAST FLORIDA NEWSPAPERS, LLC d/b/a PALATKA DAILY NEWS, a Georgia business entity; SARAH CAVANCI; THE CITY OF CRESCENT CITY, FLORIDA; JOHN/JANE DOES 1-10 (fictitious individuals) and ABC ENTITIES 1-10 (fictitious entities),

    Defendants.
_____ /

**UNOPPOSED EMERGENCY MOTION TO EXCEED PAGE LIMIT BY FIVE PAGES IN THE CITY AND MYERS' MOTION TO DISMISS THE COMPLAINT**

Defendants THE CITY OF CRESCENT CITY and MICHELE MYERS, pursuant to Local Rule 3.01(a), respectfully request that this Honorable Court grant them an additional five pages for its Motion to Dismiss and Memorandum of law. In support of this motion, Defendants state:

1. Defendants have completed their Motion to Dismiss Plaintiff's Complaint with a supportive memorandum of law which totals 30 pages.

2. Because of the number of parties involved, as well as the number of claims to be addressed in the motion (11) and the factual background required for the motion to dismiss, Defendants request that the Court grant them a five page enlargement of the ordinary 25 page limitation set forth in Local Rule 3.01(a).  Defendants are responding to a 56-page 272 paragraph Complaint; therefore, more pages than usual are required.

3. Further, Defendants the City of Crescent City and its current Mayor, Michele Myers, for ease of reference have elected to file only one Motion to Dismiss rather than filing two.

WHEREFORE, Defendants THE CITY OF CRECENT CITY and MICHELE MYERS, respectfully request the Court enter an Order providing Defendants with an additional five pages for their Motion to Dismiss to allow filing of the Defendants' 30 page motion in its current form.

## RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), undersigned counsel has conferred with counsel for Plaintiffs and Co-Defendants, who have no objection to Defendants' request for an additional five pages.

Dated this 12th Day of April.

                               **MARKS, GRAY, P.A.**

                               *Susan Smith Erdelyi*
                               Susan S. Erdelyi
                               Florida Bar No.  0648965
                               1200 Riverplace Blvd., Suite 800
                               Jacksonville, Florida 32207
                               Telephone: (904) 398-0900
                               Facsimile:  (904) 399-8440
                               serdelyi@marksgray.com
                               jmcduffie@marksgray.com
                               *Attorney for Defendants Michele Myers and City of Crescent City*