UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity; H.D. DELOACH, in his official capacity as Sheriff of Putnam County, Florida; ALEX MILLIGAN SHARP, in his personal capacity; NORTHEAST FLORIDA NEWSPAPERS, LLC, d/b/a PALATKA DAILY NEWS, a Georgia business entity; SARAH CAVACINI; the CITY OF CRESCENT CITY, FLORIDA; JOHN/JANE DOES 1-10 (fictitious individuals); and ABC ENTITIES 1-10 (fictitious entities),<br><br>Defendants. | Case No.: 3:22-cv-00090-TJC-PDB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
OF DEFENDANT ALEX MILLIGAN SHARP**

COMES NOW the Plaintiff, BRETT PETERSON (hereinafter, the "Plaintiff"), by and through his undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice that

the above-captioned action is voluntarily dismissed, without prejudice, against the Defendant ALEX MILLIGAN SHARP.

Dated:     15APR2022

    Respectfully Submitted,

*/s/ Rook Ringer*

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
222 San Marco Ave., Ste. C
St. Augustine, FL 32084
904.602.9400 (Office)
904.299.5400 (Fax)
reringer@lentolawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 15, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record:

    Respectfully Submitted,

*/s/ Rook Ringer*

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
LENTO LAW GROUP, P.A.
*Attorney for Plaintiff*