UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRETT PETERSON,

    Plaintiff,

v.                                            Case No. 3:22-cv-90-TJC-PDB

MICHELLE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity, H. D. DELOACH, in his official capacity as Sheriff of Putnam County, Florida, ALEX MILLIGAN SHARP, in his personal capacity, NORTHEAST FLORIDA NEWSPAPERS, LLC, a Georgia business entity, SARAH CAVACINI, CITY OF CRESCENT CITY, FLORIDA, JOHN AND JANE DOE, NUMBERS 1-10, fictitious individuals, and ABC ENTITIES 1-10, fictitious entities,

    Defendants.

## O R D E R

Upon review of the Notice of Voluntary Dismissal of Defendant Alex Milligan Sharp (Doc. 21), filed on April 15, 2022, all of Plaintiff's claims against Alex Milligan Sharp are dismissed without prejudice. The case remains open.

2

**DONE AND ORDERED** in Jacksonville, Florida this 21st day of April, 2022.



TIMOTHY J. CORRIGAN
United States District Judge

ckm
Copies:

Counsel of record