**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**BRETT PETERSON,**

    **Plaintiff,**

v.                                                 Case No. 3:22-cv-00090-TJC-PDB

**MICHELE MYERS, et al.,**

    **Defendants.**

_____/

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel of record for Defendant, **H.D. DELOACH**. All correspondence, pleadings, notices, and other materials filed or issued in this cause should be directed to the undersigned as counsel of record at the address listed below.

    Dated this 2nd day of June, 2022.

Respectfully submitted,

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**
Florida Bar No. 937975
Email: mspellman@sniffenlaw.com

**SNIFFEN & SPELLMAN, P.A.**
123 North Monroe Street
Tallahassee, Florida 32301
Telephone (850) 205-1996
Facsimile: (850) 205-3004
*Attorney for Defendant*
*Sheriff DeLoach*

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 2nd day of June, 2022, a true and correct copy of the foregoing was electronically filed in the U.S. District Court, Middle District of Florida, Jacksonville Division using the CM/ECF system.

*/s/ Michael P. Spellman*
**MICHAEL P. SPELLMAN**