UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON, | ) CASE NO. 3-22-CV-90 |
| Plaintiff, | ) |
| v. | ) |
| NORTHEAST FLORIDA NEWSPAPERS, LLC, d/b/a PALATKA DAILY NEWS, a Georgia business entity, SARAH CAVACINI, et al., | ) |
| Defendants | ) |

**DEFENDANTS NORTHEAST FLORIDA NEWSPAPERS, LLC**
**D/B/A PALATKA DAILY NEWS AND SARAH CAVACINI'S**
**MOTION FOR SUMMARY JUDGMENT**

NOW COME Defendants Northeast Florida Newspapers, LLC d/b/a Palatka Daily News and Sara Cavacini and move that summary judgment be entered in their favor. This motion is grounded on the pleadings of record and the absence of any genuine issue as to any material fact, and that Defendants are entitled to judgment as a matter of law.

This motion is supported by the pleadings of record, the summary judgment appendix filed with this motion that contains affidavits. The motion is also supported by Defendants' Memorandum of Law which is filed simultaneously herewith.

WHEREFORE, Defendants pray that summary judgment be granted in their favor and that the Complaint of Plaintiff against them be dismissed.

Respectfully submitted this 23rd day of June, 2022.

|  |  |
|---|---|
|  | BROOKS C. RATHET<br>Florida Bar No. 0077658 |
| **BROMAGEN, RATHET,**<br>**KLEE & SMITH P.A.**<br>625 Atlantic Boulevard<br>Atlantic Beach, Florida 32233<br>P:  (904) 242-0860<br>Brooks@bromagenlaw.com |  |
| **HULL BARRETT, P.C.**<br>Post Office Box 1564<br>Augusta, Georgia  30903-1564<br>P:  (706) 722-4481<br>DHudson@hullbarrett.com | DAVID E. HUDSON<br>Georgia Bar No. 374450<br><br>By: */s/ David E. Hudson*<br>     ATTORNEYS FOR DEFENDANT |

**CERTIFICATE OF SERVICE**

I certify that the foregoing will be served on counsel through electronic notice sent by the EMF filing system of the Court:

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP, P.A.
222 San Marco Avenue, Suite C
St. Augustine, Florida  32084

Joseph D. Lento, Esq.
LENTO LAW GROUP
1500 Market Street - 12th Floor
East Tower
Philadelphia, Pennsylvania  19106

This 23rd day of June, 2022.

*/s/ David E. Hudson*
DAVID E. HUDSON