UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| BRETT PETERSON, | ) | CASE NO. 3-22-CV-90 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NORTHEAST FLORIDA NEWSPAPERS, LLC, d/b/a PALATKA DAILY NEWS, a Georgia business entity, SARAH CAVACINI, et al., | ) ) ) ) ) | |
| Defendants | ) | |

### APPENDIX TO NEWSPAPER DEFENDANTS' SUMMARY JUDGMENT MOTION

NOW COMES Northeast Florida Newspapers, LLC and Sarah Cavacini, Defendants in the above-styled action, and files this Evidentiary Appendix in Support of their Summary Judgment Motion.  The contents of the Appendix are:

- Appendix 1 - Affidavit of Sarah Cavacini
- Appendix 2 - Affidavit of Michael Leonard
- Appendix 3 - Affidavit of Wayne Smith
- Appendix 4 - Article of May 11, 2021

This 23rd day of June, 2022.

                                                  BROOKS C. RATHET
                                                  Florida Bar No. 0077658

**BROMAGEN, RATHET,**
**KLEE & SMITH P.A.**
625 Atlantic Boulevard
Atlantic Beach, Florida 32233
P:  (904) 242-0860
Brooks@bromagenlaw.com

                                                  DAVID E. HUDSON
**HULL BARRETT, P.C.**                         Georgia Bar No. 374450
Post Office Box 1564
Augusta, Georgia  30903-1564
P:  (706) 722-4481                     By: */s/ David E. Hudson*
DHudson@hullbarrett.com               ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3-22-CV-90 |
| ) | |
| v. ) | |
| ) | |
| MICHELE MYERS, in her official ) | |
| capacity as Mayor of Crescent City, ) | |
| Florida, and in her individual capacity; ) | |
| H.D. DELOACH, in his official capacity ) | |
| as Sheriff of Putnam County, Florida, ) | |
| ALEX MILLIGAN SHARP, in his ) | |
| personal capacity, NORTHEAST ) | |
| FLORIDA NEWSPAPERS, LLC, ) | |
| d/b/a PALATKA DAILY NEWS, a ) | |
| Georgia business entity, SARAH ) | |
| CAVACINI, THE CITY OF CRESCENT ) | |
| CITY FLORIDA, JOHN/JANE DOES ) | |
| 1-10 (fictitious individuals), and ABC ) | |
| ENTITIES 1-10 (fictitious entities), ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF SARAH CAVACINI

SARAH CAVACINI, being duly sworn, deposes and says as follows:

1. I am an adult person with no disabilities that prevent me from giving truthful testimony in this affidavit. I have personal knowledge of the matters stated herein and make this affidavit for any purpose permitted by law.

2. I have been a reporter for the *Palatka Daily News* since January 20, 2020. Previously I obtained a Bachelor of Science degree in journalism with a minor in English Literature from the University of Central Florida. From May 2019 through December 2019, I served in various reporting and editing capacities for *NSM Today*, student media for the University of Central Florida.

01648271-1

APPENDIX 1

3. I was the reporter for the *Palatka Daily News* who researched and wrote the article of May 11, 2021(the "article") that is the basis of Plaintiff's lawsuit against Northeast Florida Newspapers, LLC d/b/a *Palatka Daily News* (the "newspaper") and against me.

4. A day or so before the May 11, 2021 article, our office received information from the Putnam County Sheriff's Office that it had investigated a matter involving computer security for the City of Crescent City. I requested any records of that investigation. The Putnam County Sheriff's office emailed me the incident report dated April 8, 2021, a copy of which is attached as Exhibit "A" to Plaintiff's Complaint. In addition to the information in the incident report, I also based my article on telephone interviews with the City Manager Phil Leary, Mayor Michele Myers and Allison Waters-Merritt of the Sheriff's Office. I also interviewed former Mayor Brett Peterson, the Plaintiff in this case.

5. In addition, I requested and received from the City a printed list of the websites that were found on the City computer that was formerly used by Mayor Peterson. I checked those sites and found that ten of them were adult content sites.

6. There is nothing that I wrote in the article that I knew or suspected was factually false. The only statements of fact not based on the Sheriff's incident report are quotes attributed to the persons who made them, and the statement in the second graph of the story that there were ten adult websites. This is factually accurate as I personally reviewed the list of sites and found ten of them to be adult content websites.

7. In the fifth graph of page 2 of the article (Exhibit "B" to the Complaint), I personally confirmed that the site "IsMyGirl.com" showed Peterson's email address was used as the username. I confirmed that from the spreadsheet I obtained from the City.

8. In researching and writing the article, it was my intent to inform the public of a matter of legitimate public concern. I had no intent to cause any harm to Mr. Peterson.

FURTHER AFFIANT SAYETH NOT.

This 22 day of MARCH, 2022.

SWORN to before me this 22nd day of MARCH, 2022.

_____
NOTARY PUBLIC, Putnam County, Florida

My Commission Expires:
April 30, 2025

JEANNETTE EVELAND
MY COMMISSION # HH 089526
EXPIRES: April 30, 2025
Bonded Thru Notary Public Underwriters

_____
SARAH CAVACINI

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON, ) | |
| ) | |
| Plaintiff, ) | CASE NO. 3-22-CV-90 |
| ) | |
| v. ) | |
| ) | |
| MICHELE MYERS, in her official ) | |
| capacity as Mayor of Crescent City, ) | |
| Florida, and in her individual capacity; ) | |
| H.D. DELOACH, in his official capacity ) | |
| as Sheriff of Putnam County, Florida, ) | |
| ALEX MILLIGAN SHARP, in his ) | |
| personal capacity, NORTHEAST ) | |
| FLORIDA NEWSPAPERS, LLC, ) | |
| d/b/a PALATKA DAILY NEWS, a ) | |
| Georgia business entity, SARAH ) | |
| CAVACINI, THE CITY OF CRESCENT ) | |
| CITY FLORIDA, JOHN/JANE DOES ) | |
| 1-10 (fictitious individuals), and ABC ) | |
| ENTITIES 1-10 (fictitious entities), ) | |
| ) | |
| Defendants. ) | |

### AFFIDAVIT OF MICHAEL LEONARD

MICHAEL LEONARD, being duly sworn, deposes and says as follows:

1. I am an adult person with no disabilities that prevent me from giving truthful testimony in this affidavit.

2. I am the Publisher of the *Palatka Daily News* ("newspaper") and make this affidavit for any purpose permitted by law. *Palatka Daily News* is privately owned and operated.

3. I have been the Publisher of the *Palatka Daily News* since February 2018, and a Regional Publisher for other Community Newspapers, Inc. newspapers since 1991.

I graduated from the Grady College of Journalism at the University of Georgia in 1977, and since then I have worked as a journalist for newspapers, television news stations and public relations companies. The newspapers where I have worked have been the *Spartanburg* (S.C.) *Herald-Journal* and Publisher of the *Richmond County* (N.C.) *Daily Journal*, *Lake City* (Fla.) *Reporter*, and the *Palatka Daily News*. All of these were daily newspapers. I have also worked for several weekly newspapers.

4. In my role as Publisher of the newspaper, I had the opportunity to see the article entitled "Porn Sites Put Crescent City on Alert" that is Exhibit "A" to the Plaintiff's Complaint. My review of the article before it was published was a routine exercise of the policy I had in place at the newspaper where articles were brought for my review when they were potentially controversial about local individuals, companies or institutions.

5. This policy was followed and the article at issue was brought to my attention by Reporter Sarah Cavacini, and Editor at the time, Wayne Smith.

6. I read the article and asked Ms. Cavacini and Mr. Smith about the information in the article.

7. They told me the article was factually correct and based on an incident report provided by the Putnam County Sheriff's Office, a printout of websites obtained from Crescent City, and interviews with the individuals quoted in the article.

8. Because the article seemed to be a fair and straightforward presentation of the facts reported in the Sheriff's Office incident report concerning the City's computer and were supported by the interviews that Ms. Cavacini and Mr. Smith told me about, I approved the publication of the article.

9. There was nothing in the text of the article or in the background information provided to me by my Reporter and Editor that caused me to believe that anyone at the newspaper knew of any false facts in the article or suspected that any of the facts stated in the article were incorrect.

10. There was no intent on my part, or on the part of any employee of *Palatka Daily News* to my knowledge, to cause any damage to Mr. Peterson.

11. Neither I nor anyone at this newspaper to my knowledge had any discussion or other contact with defendants Michele Myers, H. D. Deloach, Alex Milligan Sharp, or anyone else to discuss, plan, or implement any action to infringe on any legal rights of the Plaintiff.

FURTHER AFFIANT SAYETH NOT.

This 22nd day of March, 2022.

SWORN to before me this 22 )
day of March, 2022. )
)
)
Joyce Anne Guthrie )
NOTARY PUBLIC, Putnam County, )    MICHAEL LEONARD
Florida )
)
My Commission Expires: )
5/28/2022 )



JOYCE ANNE GUTHRIE
MY COMMISSION # GG 205510
EXPIRES: May 28, 2022
Bonded Thru Notary Public Underwriters

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHELE MYERS, in her official )<br>capacity as Mayor of Crescent City, )<br>Florida, and in her individual capacity; )<br>H.D. DELOACH, in his official capacity )<br>as Sheriff of Putnam County, Florida, )<br>ALEX MILLIGAN SHARP, in his )<br>personal capacity, NORTHEAST )<br>FLORIDA NEWSPAPERS, LLC, )<br>d/b/a PALATKA DAILY NEWS, a )<br>Georgia business entity, SARAH )<br>CAVACINI, THE CITY OF CRESCENT )<br>CITY FLORIDA, JOHN/JANE DOES )<br>1-10 (fictitious individuals), and ABC )<br>ENTITIES 1-10 (fictitious entities), )<br>)<br>Defendants. ) | CASE NO. 3-22-CV-90 |

## AFFIDAVIT OF WAYNE SMITH

WAYNE SMITH, being duly sworn, deposes and says as follows:

1. I am an adult person with no disabilities that prevent me from giving truthful testimony in this affidavit. I have personal knowledge of the matters stated herein and make this affidavit for any purpose permitted by law.

2. My education and work have been as follows: I received a bachelors degree with majors in journalism and marketing from the University of North Alabama. Since September 2021 I have worked for a NASA contractor at the Marshall Space Flight Center in the field of communications. Prior to that I was the Editor of the *Palatka*

01648773-1

*Daily News* from March 2019 to September 2021. Prior to then I worked since 2007 for newspapers as a Reporter and Editor, and for private businesses with positions in marketing and communications.

3.  I was the Editor of the *Palatka Daily News* at the time of the May 11, 2021 article (the "article") that is the basis of Plaintiff's lawsuit against the *Palatka Daily News* and its Reporter Sara Cavacini.

4.  I recall in early May 2021 that the news office at the newspaper received word that the Putnam County Sheriff's Office had investigated a matter involving computer security for the City of Crescent City. I recall that Ms. Cavacini obtained a copy of the Sheriff's Office incident report. I also recall that she obtained a printout of websites that the City found on one of its computers that was used by the former Mayor - the Plaintiff in this case.

5.  I also recall that Ms. Cavacini interviewed the City Manager of Crescent City, its current Mayor, Ms. Waters-Merritt of the Sheriff's Office, and also the former Mayor Brett Peterson, the Plaintiff in this case. For some of those telephone interviews, I listened in.

6.  When Ms. Cavacini finished drafting the article that initially appeared in the newspaper on May 11 (Exhibit "B" to the Complaint), I reviewed it in my role as Editor of the newspaper. From my knowledge of the facts obtained from the Sheriff's Office, the list of websites from the City, and the interviews conducted, I saw nothing in the article that caused me to believe that any of the facts stated in it were incorrect. If for some reason there was some factual error in the article, I am convinced from my observations that Ms. Cavacini did not know or suspect there was anything false in it. In

01648773-1                                  2

my role as Editor, I did not know or suspect there were any false statements of fact in the article.

7. After Ms. Cavacini drafted the article and I edited it, we took it by for review by our Publisher, Michael Leonard. There was a policy at the newspaper that for any article that could be controversial about a local personality or business, we would show it to the Publisher prior to printing the article. We did so in this case by showing it to Mr. Leonard. Upon his review of the article and asking Ms. Cavacini and me whether the facts stated were correct, and we told him they were, he gave the go-ahead to publish the article.

8. In my role as Editor of the newspaper and through my involvement with the article as stated above, I never believed that the article contained any false facts and never formed any conclusion that the article could possibly have contained false facts. It was never my intent, or that of anyone else at the newspaper that I knew about, that anything published in the article was intended to cause any harm to Mr. Peterson.

FURTHER AFFIANT SAYETH NOT.

This 22nd day of March, 2022.

SWORN to before me this 22nd day of March, 2022.

_____
NOTARY PUBLIC, Montgomery County, Alabama

My Commission Expires: 10/14/2024

_____
WAYNE SMITH

01648773-1

3

11/12/21, 3:50 PM                                    Porn sites put Crescent City on alert | Palatka Daily News, Palatka, Florida

November 12, 2021

Extended Search




# PALATKA DAILY NEWS

# Porn sites put Crescent City on alert

By Sarah Cavacini on Tuesday, May 11, 2021

Authorities link former mayor's email, password to adult sites on office computer



Former Crescent City Mayor Brett Peterson

CRESCENT CITY — Security issues sparked concern in local government officials when porn websites were found on the previous mayor's work computer history.

There were at least 10 adult websites found in the history of former Mayor Brett Peterson's computer at City Hall following an investigation into alleged leaked information, documents show.

The Putnam County Sheriff's Office conducted an audit in early April because interim City Manager Phil Leary and Mayor Michele Myers, who currently uses the computer Peterson previously used, were worried "confidential information was being accessed off the mayor's work computer and then leaked," according to the agency's report.

"Additionally, there was concern that they had discovered links to adult websites and accounts with passwords associated with the former Mayor Brett Peterson," according to a sheriff's office report. "Peterson was the former mayor and had been assigned and used the computer in question before (Myers)."

Peterson denied accessing pornographic websites while in the government building.

"At no point did I ever access anything like that at the office," he said.



Read Palatka Daily News, Palatka, Florida

Palatka, FL 32177      59°F   75°F

11/12/21, 3:50 PM   Case 3:22-cv-00090-TJC-PDB   Document 1-9   Filed 01/25/22   Page 2 of 3 PageID 64   Porn sites put Crescent City on alert | Palatka Daily News, Palatka, Florida

The sheriff's office report did not find any evidence of illegal activities involving Myers' computer that Peterson, whom Myers defeated in the November general election, used during his time in office.

On March 24, someone in the Crescent City offices created a Microsoft Excel spreadsheet that listed websites, usernames and passwords that were associated with Peterson and found on the computer in question, city officials said. Leary said he was not sure who created the spreadsheet but confirmed the file was made at the city.

The file can be created by exporting a Google user's saved passwords to websites stored on a Google account.

"Google users can set their accounts to log in upon launch of their web browser automatically from any computer they use or access. It is my professional opinion that Peterson never logged out of his Google account upon leaving as mayor," the report stated. "Anyone subsequently launching Google Chrome on this computer would be automatically logged in as Peterson with access to his email and links to his frequent web destinations."

The Excel file obtained from Crescent City showed the adult website Tube8.com was frequently visited, but no date, time or username was linked on the Google homepage. However, one adult site, ismygirl.com, showed Peterson's email was used as the username, according to city documents.

Peterson questioned why this went "unnoticed" in the time since he left office and whether the sheriff's office could find out if his email was looked at by someone at City Hall.

"(It) makes me wonder if my emails were being searched when I had emails sent to and from me regarding the (Crescent City Police Department) issue or recall efforts," Peterson wrote in a text message.

He referenced efforts to recall City Commissioner Judy West and the city's police department being disbanded earlier this year.

The sheriff's office reported "no evidence that the open Google account was modified, fabricated or created by any other person who subsequently had possession of the computer."

Sheriff's office spokeswoman Allison Waters-Merritt said even if the sites were accessed at home, the links still showed up on city computers, which are government property. And the adult websites could have put viruses on all Crescent City computers, she said.

"These are not safe sites," Waters-Merritt said. "And if your computer is linked to your work computer, what are you potentially exposing the rest of the city to?"

Leary also worried about the city's technological safety, expressing concerns that are scheduled to be addressed at the commission's meeting 6 p.m. Thursday. He also said the findings – and not why the audit was originally performed – were surprising.

"Never in my career have I had to deal with a staff person or an official in this circumstance," Leary said.

Copyright 2021 by Palatka Daily News - all rights reserved.

PALATKA DAILY NEWS
1825 St. Johns Ave.
Palatka, FL 32177
(386) 312-5200

©2021 Palatka Daily News, Palatka, Florida

CONTACT    WEBFORMS    ABOUT PUTNAM
ARCHIVE    LINKS    PRIVACY POLICY
ACCESSIBILITY POLICY

## **CERTIFICATE OF SERVICE**

I certify that the foregoing will be served on counsel through electronic notice sent by the EMF filing system of the Court:

Rook Elizabeth Ringer, Esq.
LENTO LAW GROUP, P.A.
222 San Marco Avenue, Suite C
St. Augustine, Florida  32084

Joseph D. Lento, Esq.
LENTO LAW GROUP
1500 Market Street - 12th Floor
East Tower
Philadelphia, Pennsylvania  19106

This 23rd day of June, 2022.

*/s/ David E. Hudson*
DAVID E. HUDSON