# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

BRETT PETERSON,

    Plaintiff,

v.

MICHELE MYERS, et al.,

    Defendants.

Case No. 3:22-cv-00090-TJC-PDB

## PLAINTIFF BRETT PETERSON'S MOTION FOR EXTENSION OF TIME TO REPLY TO THE DEFENDANTS, SARAH CAVACINI AND NORTHEAST FLORIDA NEWSPAPERS, LLC'S MOTION FOR SUMMARY JUDGMENT [Dkt. #27]

COMES NOW Plaintiff BRETT PETERSON, and hereby files this Response in Motion for Extension of Time to Respond to Defendants, SARAH CAVACINI and NORTHEAST FLORIDA NEWSPAPERS, LLC's (hereinafter collectively, the "Defendants") Motion for Summary Judgment [Dkt. #27] (hereinafter, the "Motion for Summary Judgment"), and in support thereof, states as follows:

    1.    On January 25, 2022, the Plaintiff filed his Complaint against. [Dkt. #1].

    2.    On June 23, 2022, the Defendants filed their Motion for Summary Judgment. [Dkt. #27].

    3.    At present, the Plaintiff's responses are due on July 14, 2022.

4. However, the undersigned counsel, Rook Elizabeth Ringer, resigned from Lento Law Group on May 18, 2022, and went into solo practice as The Law Office of Rook Ringer.

5. Shortly thereafter, Lento Law Group sent out forms to all of the undersigned's clients pursuant to Rule 4-5.8(d)(1), Florida Rules Regulating the Florida Bar.

6. As of today, July 14, 2022, the undersigned is not aware of the Plaintiff having made his election to stay with Lento Law Group or move forward with The Law Office of Rook Ringer.

7. As a result, the undersigned requests an additional thirty (30) days to respond to the Motion for Summary Judgment, such that it can be determined which attorney will be composing the response.

8. Pursuant to Rule 4-5.8(c)(1), the undersigned has not attempted to contact the Plaintiff or solicit his election.

9. This extension is not asked for in bad faith or to unnecessarily delay or prolong these proceedings and will not prejudice the Defendants.

## LOCAL RULE 3.01(g) CERTIFICATION

Pursuant to Local Rule 3.01(g), the undersigned certifies that she conferred with the counsel for the relevant Defendants, who did not object to this Motion.

WHEREFORE, the Plaintiff, Brett Peterson, respectfully requests this Court enter an order extending the time to respond to Motion for Summary Judgment for for thirty (30) days.

Respectfully submitted,

_____
ROOK ELIZABETH RINGER, ESQ.
Florida Bar No. 1015698
**THE LAW OFFICE OF ROOK RINGER**
222 San Marco Ave., Ste. "C"
St. Augustine, FL 32084
904.265.ROOK ("7665")
rook@ringer.law
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I, Rook E. Ringer, Esq., **HEREBY CERTIFY** that a true and correct copy of the foregoing has been sent via the Court's CM/ECF system to counsel of record on this 14th day of July, 2022.

_____
ROOK ELIZABETH RINGER, ESQ.