UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON,<br><br>    Plaintiff,<br><br>v.<br><br>MICHELE MYERS, et al.,<br><br>    Defendants. | Case No. 3:22-cv-00090-TJC-PDB |

### ROOK ELIZABETH RINGER'S UNOPPOSED MOTION TO WITHDRAW

**COMES NOW** ROOK ELIZABETH RINGER, of the law firm The Law Office of Rook Ringer, and hereby moves to withdraw as attorney for the Plaintiff, BRETT PETERSON (hereinafter, the "Plaintiff"), pursuant to Local Rule 2.02(c), and in support thereof would state the following:

1. On May 17, 2022, the undersigned resigned from her position at Lento Law Group.

2. On July 15, 2022, the Plaintiff elected to continue to be represented by Lento Law Group, and as such consents to the withdrawal.

3. Joseph Lento, Esq. has already appeared in this case.

4. Lento Law Group attorney Chigozie Nwankwo, Esq. will be appearing for the Plaintiff in this case.

## Local Rule 3.01(g) Certification

The undersigned has conferred with counsel for the Defendants, and they do not oppose the requested relief.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Rook Elizabeth Ringer as counsel for the Plaintiff, and for any and all other relief as this Court deems in the interests of justice.

Dated: 18 JUL 2022                          Respectfully submitted,

_____
Rook Elizabeth Ringer, Esq.
FL Bar 1015698
THE LAW OFFICE OF ROOK RINGER
222 San Marco Ave., Suite C
St. Augustine, FL 32084
904.265.ROOK ("7665")
rook@ringer.law
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 18, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record.

Respectfully submitted,

*/s/ Rook Ringer*

DATED:   <u>18 JUL 2022</u>        ROOK ELIZABETH RINGER, ESQ.
                                   THE LAW OFFICE OF ROOK RINGER