United States District Court
Middle District of Florida
Jacksonville Division

**BRETT PETERSON,**

    *Plaintiff,*

v.                                         **NO. 3:22-cv-90-TJC-PDB**

**MICHELLE MYERS ET AL.,**

    *Defendants.*

---

## Order

Proceeding under Local Rule 2.02(c) and without opposition, Rook Ringer, Esquire, moves to withdraw as counsel for the plaintiff. Doc. 29. Because the plaintiff consents to Ms. Ringer's withdrawal and will continue to be represented by other counsel, the defendants have no objection, and granting the relief will not affect case management, the Court **grants** the motion, Doc. 29, **permits** Ms. Ringer to withdraw, and **directs** the clerk to modify the docket accordingly.

**Ordered** in Jacksonville, Florida, on August 2, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*