United States District Court
Middle District of Florida
Jacksonville Division

**BRETT PETERSON,**

    *Plaintiff,*

v.                                                         **NO. 3:22-cv-90-TJC-PDB**

**MICHELLE MYERS ET AL.,**

    *Defendants.*

## Order

Despite stating a pro hac vice motion would be forthcoming, Doc. 1, and a reminder from the clerk, Doc. 4, Joseph Lento, Esquire, has never moved to specially appear to represent the plaintiff in this action. By **August 19, 2022**, he must move to specially appear to represent the plaintiff in this action. If he fails to timely file a motion, the Court will direct the clerk to remove his name from the docket sheet and order the plaintiff to notify the Court whether he will be representing himself or whether Chigozie Nwankwo or another attorney will be entering an appearance.

**Ordered** in Jacksonville, Florida, on August 8, 2022.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*