UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| BRETT PETERSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity, *et al.,*<br><br>Defendants. | Case No.: 3:22-cv-00090-TJC-PDB |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and All Parties of Record

I, CHIGOZIE I. NWANKWO, ESQUIRE, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiffs.

Dated: August 11, 2022                LENTO LAW GROUP, P.C.

_____
CHIGOZIE I. NWANKWO, ESQUIRE
FL State Bar No.: 123894
Wells Fargo Plaza
333 SE 2nd Avenue, Suite 2000

        Miami, FL 33131
        (T): (786) 628-1800
        (F): (904) 299-5400
        cnwankwo@lentolawgroup.com
        *Counsel for Plaintiff*