United States District Court
Middle District of Florida
Jacksonville Division

**BRETT PETERSON,**

*Plaintiff,*

v.  NO. 3:22-cv-90-TJC-PDB

**MICHELLE MYERS ET AL.,**

*Defendants.*

___

# Order

On August 9, 2022, the Court entered an order, directing Joseph Lento, Esquire, to move to specially appear to represent the plaintiff in this action. Doc. 32. The deadline to file the motion has passed, and Chigozie Nwankwo, Esquire, appeared as counsel for the plaintiff, Doc. 34. The Court **directs** the Clerk of Court to "terminate" Mr. Lento as counsel for the plaintiff.

**Ordered** in Jacksonville, Florida, on August 24, 2022.

_____
PATRICIA D. BARKSDALE
United States Magistrate Judge