UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BRETT PETERSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity, *et al.*,<br><br>Defendants. | Case No.: 3:22-cv-00090-TJC-PDB |

## APPEARANCE OF COUNSEL

To:   The Clerk of Court and All Parties of Record

I, NICHELLE LYNN WOMBLE, ESQUIRE, am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiff.

Respectfully Submitted,

Dated: October 06, 2022

_____
NICHELLE LYNN WOMBLE, ESQUIRE
LENTO LAW GROUP, P.C.
FL State Bar No.: 1032744
11555 Heron Bay Blvd, Suite 231
Coral Springs, FL 33076

Page **1** of **2**

(T): (904) 602-9400  
(F): (904) 299-5400  
nlwomble@lentolawgroup.com  
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 06, 2022, a copy of the foregoing has been furnished by CM/ECF to all counsel of record.

Respectfully submitted,

_/s/ Nichelle Lynn Womble_  
NICHELLE LYNN WOMBLE, ESQUIRE  
LENTO LAW GROUP, P.C.  
*Counsel for Plaintiff*