

**Lento Law Group, P.C.**
11555 Heron Bay Blvd., Suite 231
Coral Springs, FL 33076
904-602-9400 (T)
904-299-5400 (F)
Nichelle L. Womble, Esquire
Member of the FL Bar
nlwomble@lentolawgroup.com

October 6, 2022

The Honorable Judge Timothy J. Corrigan
300 North Hogan Street
Jacksonville, Florida 32202
Courtroom: 10D

Magistrate Judge Patricia D. Barksdale
300 North Hogan Street
Jacksonville, Florida 32202
Courtroom: 5B

**Re:**

| | |
|---|---|
| BRETT PETERSON, individually, | Case No.: 3:22-cv-00090-TJC-PDB |
| Plaintiff, | |
| v. | |
| MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity, *et al.*, | |

Your Honors,



**Lento Law Group, P.C.**
11555 Heron Bay Blvd., Suite 231
Coral Springs, FL 33076
904-602-9400 (T)
904-299-5400 (F)
Nichelle L. Womble, Esquire
Member of the FL Bar
nlwomble@lentolawgroup.com

    I, Nichelle L. Womble, am an attorney in the State of Florida and an associate of the law firm Lento Law Group, P.C., attorneys for the Plaintiff, Misael Moreno, in the above-referenced matter. It is with a heavy heart that I write to inform you of the tragic and untimely passing of Chigozie I. Nwankwo, attorney-of-record for the Plaintiff, on Saturday, August 20, 2022.

    Given that Mr. Nwankwo was the attorney-of-record on behalf of the Plaintiff in this matter, at this time, I kindly request that the Court please be patient with us while the firm reorients itself with respect to this matter and all of the other matters Mr. Nwankwo was responsible for.

    Specifically, as I will be substituting in on this matter in Mr. Kwankwo's place, as well as many of his other matters, I ask for the Court's understanding while I work to familiarize myself with this particular matter such that I can make my transition into this case as seamless as possible and cause no undue delay.

    I appreciate your understanding during this difficult time.

Respectfully,

*Nichelle L Womble*

NICHELLE L. WOMBLE, ESQ.

NLW/jc