**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BRETT PETERSON,

    Plaintiff,

v.                                                Case No. 3:22-cv-90-TJC-PDB

MICHELLE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity, H. D. DELOACH, in his official capacity as Sheriff of Putnam County, Florida, NORTHEAST FLORIDA NEWSPAPERS, LLC, a Georgia business entity, SARAH CAVACINI, CITY OF CRESCENT CITY, FLORIDA, JOHN AND JANE DOE, NUMBERS 1-10, fictitious individuals, and ABC ENTITIES 1-10, fictitious entities,

    Defendants.

## NOTICE OF HEARING

**TAKE NOTICE** that this case is hereby **SET** for **HEARING** on the pending Motions to Dismiss (Docs. 17; 20) and Motion for Summary Judgment (Doc. 27) on **May 30, 2023** at **2:00 PM** before the Honorable Timothy J.

Corrigan, United States District Judge, in the United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.*

**DATED** this 17th day of April, 2023.

                                                                     TIMOTHY J. CORRIGAN
                                                                     United States District Judge

                                                                     By: /s/ Kelly Milliron
                                                                     Kelly Milliron
                                                                     Law Clerk
                                                                     (904) 549-1302

Copies to:

Counsel of record

---

* All persons entering the Courthouse must present photo identification to Court Security Officers. Although cell phones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.