UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BRETT PETERSON, individually, | Case No.: 3:22-cv-00090-TJC-PDB |
| Plaintiff, | |
| v. | |
| MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity, *et al.*, | |
| Defendants. | |

### NICHELLE LYNN WOMBLE'S MOTION TO WITHDRAW

COMES NOW NICHELLE LYNN WOMBLE, of the law firm The Lento law Group, and hereby moves to withdraw as attorney for the Plaintiff, BRETT PETERSON. (hereinafter, the "Plaintiff"), and states:

#### BACKGROUND

1. On April 18, 2023, the undersigned resigned from her position at Lento Law Group effective May 18, 2023.

2. There is currently a motion hearing scheduled for May 30, 2023.

3. Please stay this matter for 30 days to allow Lento to find adequate local counsel to assist with this matter and continue representation or Plaintiff to find new counsel to continue representation.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Nichelle Lynn Womble as counsel for the Plaintiff and for any and all other relief as deemed in the interests of justice.

## Local Rule 3.01(g) Certification

The undersigned has conferred with counsel for the Defendants, and they do oppose the requested relief for the 30 day stay as they feel scheduling hearings is hard to do so their clients do not wish to delay.

Dated May 7, 2023

Respectfully Submitted,

LENTO LAW GROUP, P.C.

_____
NICHELLE LYNN WOMBLE, ESQUIRE
FL State Bar No.: 1032744
11555 Heron Bay Blvd, Suite 231
Coral Springs, FL 33076
(T): (904) 602-9400
(F): (904) 299-5400
nlwomble@lentolawgroup.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via email to cm/ecf and to all counsel on record via email on May 7, 2023.

Dated <u>May 7, 2023</u>

         Respectfully Submitted,

         _____
         NICHELLE LYNN WOMBLE, ESQ.
         LENTO LAW GROUP, P.C.