UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BRETT PETERSON, individually,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity, *et al.*,<br><br>Defendants. | Case No.: 3:22-cv-00090-TJC-PDB |

## **NICHELLE LYNN WOMBLE'S AMENDED MOTION TO WITHDRAW**

COMES NOW NICHELLE LYNN WOMBLE, of the law firm The Lento law Group, and hereby moves to withdraw as attorney for the Plaintiff, BRETT PETERSON. (hereinafter, the "Plaintiff"), and states:

### BACKGROUND

1. On April 18, 2023, the undersigned resigned from her position at Lento Law Group effective May 18, 2023.

2. There is currently a motion hearing scheduled for May 30, 2023.

3. On May 8, 2023, Lento Law Group without notice locked me oujt of my email account and the client file system. I made repeated attempts to get it rectified but attempts have gone unanswered.

4. Without access to client files and contact information I cannot effectively represent the interest of these clients.

5. I am an associate at the firm and have no authority to reassign a case or obtain/find new counsel to proceed with this case.

6. Client is aware of the hearing date, time, and location, as well as the motions before this Court.

7. Lento law Group is also aware of such information.

8. Client has elected to stay with Lento Law Group.

9. Please stay this matter for 30 days to allow Lento to find adequate local counsel to assist with this matter and continue representation or Plaintiff to find new counsel to continue representation.

WHEREFORE, the undersigned respectfully requests that this Court grant this motion and remove Nichelle Lynn Womble as counsel for the Plaintiff and for any and all other relief as deemed in the interests of justice.

**Local Rule 2.02 Certification**

Client has consented to the Withdraw of Nichelle Lynn Womble and has elected to remain with Lento law Group for representation.

**Local Rule 3.01(g) Certification**

The undersigned has conferred with counsel for the Defendants, and they do oppose the requested relief for the 30 day stay as they feel scheduling hearings is hard to do so their clients do not wish to delay.

Dated May 8, 2023

                      Respectfully Submitted,

                      LENTO LAW GROUP, P.C.

                      _____
                      _____
                      NICHELLE LYNN WOMBLE, ESQUIRE
                      FL State Bar No.: 1032744
                      11555 Heron Bay Blvd, Suite 231
                      Coral Springs, FL 33076
                      (T): (904) 602-9400
                      (F): (904) 299-5400
                      nlwomble@lentolawgroup.com
                      *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished via email to cm/ecf and to all counsel on record via email on May 9, 2023.

Dated <u>May 9, 2023</u>

                                        Respectfully Submitted,

                                        _____
                                        NICHELLE LYNN WOMBLE, ESQ.
                                        LENTO LAW GROUP, P.C.