UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BRETT PETERSON,

    Plaintiff,                                              Case No.: 3:22-cv-90

v.

MICHELE MYERS, in her official capacity as Mayor of Crescent City, Florida, and in her individual capacity; H.D. DELOACH, in his official capacity as Sheriff of Putnam County, Florida; NORTHEAST FLORIDA NEWSPAPERS, LLC d/b/a PALATKA DAILY NEWS, a Georgia business entity; SARAH CAVANCI; THE CITY OF CRESCENT CITY, FLORIDA; JOHN/JANE DOES 1-10 (fictitious individuals) and ABC ENTITIES 1-10 (fictitious entities),

    Defendants.
_____/

## DEFENDANTS' JOINT RESPONSE TO NICHELLE LYNN WOMBLE'S AMENDED MOTION TO WITHDRAW

    Defendants jointly respond to Ms. Womble's Amended Motion to Withdraw from representation of Plaintiff in this matter (ECF 44) as follows:

    1    On Friday, May 6, 2023, Nichelle Lynn Womble, contacted attorneys for defendants via email asking for their position on her anticipated motion to withdraw from representation of Mr. Peterson in this

matter. Ms. Womble advised that she had resigned from the Lento Law Group, P.C., which represents Mr. Peterson in the instant lawsuit, and that she would be requesting a 30-60 day extension of the case for assignment of another attorney.

2.  Defendants ordinarily consent to reasonable extension requests; however, in this matter, oral argument is set for May 30, 2023 on Motions to Dismiss the Complaint and a Motion for Summary Judgment. (ECF 17, 20, 27, 41). These dispositive motions were filed over a year ago and Plaintiff responded to each motion in August 2022. (ECF 24, 25, 35). The issues have been fully briefed by the parties.

3.  Another attorney from the Lento Law Group, Chicozie Nwankwo, is listed as an attorney of record in this case; however, the Lento website indicates that he died in 2022. As of the date of this response, Mr. Nwankwo is listed as eligible to practice on the Florida Bar website. He has not been removed as counsel for Plaintiff in this lawsuit.

4.  Ms. Womble's Motion to Withdraw did not comply with the requirements of Rule 2.02 of the Local Rules for the Middle District of Florida. This rule requires a withdrawing lawyer to "notify each affected client fourteen days before moving to withdraw unless the client consents to

the withdrawal, and file a motion certifying this fact and that the client consented to the withdrawal."

5.  On May 8, 2023, Defendants jointly filed a joint response to Ms. Womble's Motion to Withdraw. ECF 43. Defense counsel had asked Ms. Womble if another attorney could appear and argue the motions on file given the time available before the May 30, 2023 hearing date. Ms. Womble responded that no attorneys with the firm are admitted in the State of Florida.

6.  On May 9, 2023, Ms. Womble filed an Amended Motion to Withdraw in which she attempted to comply with local rule 2.02 and notified the Court that her client had consented to her request to withdraw and indicated that Mr. Peterson wished to remain with the Lento law firm. ECF 44. Ms. Womble further wrote that the Lento firm was aware of the hearing date, time and location along with her motion to withdraw.

7.  On August 9, 2022, the Court had entered an order directing Joseph Lento, Esquire, to move to specially appear to represent the Plaintiff, but after Mr. Lento failed to do so and after Mr. Nwankwo appeared as counsel for Plaintiff, the Court directed the Clerk to "terminate" Mr. Lento as counsel for the Plaintiff. ECF 32, 36. As it stands, it appears that no lawyer

from the Lento law firm other than Ms. Womble remains as counsel of record for Mr. Peterson.

8.     After receiving Ms. Womble's Amended Motion to Withdraw, the undersigned notified Mr. Lento of Ms. Womble's filing and of the May 30, 2023, hearing set in this matter, to assure that he or his firm was receiving necessary filings and planning on having someone attend the hearing.

9.     Based on the above, Defendants jointly understand Ms. Womble's representations to the Court and need for her to withdraw; however, it is Defendants' collective desire to have rulings on their pending motions and to avoid further delay if possible.  Alternatively, Defendants request that the Court grant the request to withdraw only if the pending motions may be argued no more than 45 days from the date of this reply.

## MEMORANDUM OF LAW

Rule 2.02(c), of the Local Rules of the Middle District of Florida, provides:

> (c) **WITHDRAWAL**. If a lawyer appears, the lawyer cannot without leave of court abandon, or withdraw from, the action.
>
> (1) To withdraw, a lawyer:
>
> (A) must notify each affected client fourteen days before moving to withdraw unless the client consents to withdrawal, and
>
> (B) must file a motion to withdraw that includes:

> (i) a certification that the lawyer has provided fourteen days' notice to the client or that the client consents to withdrawal and
>
> (ii) if withdrawal will result in a person proceeding pro se, the person's mailing address, email address, and telephone number.
>
> (2) The withdrawing lawyer — not the lawyer's present or former firm or another lawyer — must move to withdraw unless unable because of an emergency, disability, or death.

Rule 2.02. In the Amended Motion to Withdraw, Ms. Womble complied with this rule; however, it appears that no other attorney from the Lento firm has appeared in this case.

Because the issues are fully briefed and ready for oral argument, the Defendants request that the Court: 1) require another attorney from the Lento firm to appear and argue the pending and briefed motions on May 30, 2023; or 2) reset the oral argument for no more than 45 days from the date of this reply.

Respectfully submitted this 12th day of May, 2023.

| **SNIFFEN & SPELLMAN, P.A.** | **MARKS GRAY, P.A.** |
|---|---|
| */s/ Matthew J. Carson* | */s/ Susan S. Erdelyi* |
| **MATTHEW J. CARSON**<br>Florida Bar No. 827711<br>123 North Monroe Street<br>Tallahassee, FL 32301<br>Telephone: (850) 205-1996 | **SUSAN S. ERDELYI**<br>Florida Bar No.: 0648965<br>1200 Riverplace Blvd., Suite 800<br>Jacksonville, Florida 32207<br>Telephone: (904) 398-0900 |

| | |
|---|---|
| mcarson@sniffenlaw.com<br><br>*Attorney for Sheriff DeLoach* | Email: serdelyi@marksgray.com<br><br>*Attorney for City of Crescent City and Michele Myers* |
| **BROMAGEN, RATHET, KLEE & SMITH, P.A.**<br><br>*/s/ Brooks C. Rathet*<br><br>**BROOKS C. RATHET**<br>Florida Bar No.: 0077658<br>625 Atlantic Blvd.<br>Atlantic Beach, FL 32233<br>Telephone: (904) 242-0860<br>brooks@bromagenlaw.com<br><br>**HULL BARRETT, P.C.**<br><br>*/s/ David E. Hudson*<br><br>**DAVID E. HUDSON**<br>Georgia Bar No. 474450<br>P. O. Box 1564<br>Augusta, FA 30903<br>Telephone: (706) 722-4481<br>dhudson@hullbarrett.com<br><br>*Attorneys for Newspaper Defendants* | |