United States District Court
Middle District of Florida
Jacksonville Division

**BRETT PETERSON,**

    *Plaintiff,*

v.                                         NO. 3:22-cv-90-TJC-PDB

**MICHELLE MYERS ET AL.,**

    *Defendants.*

---

# Order

In January 2022, the plaintiff brought this civil rights lawsuit. Doc. 1. The complaint was signed by Rook Elizabeth Ringer and Joseph Lento, both of Lento Law Group, P.A. Doc. 1 at 56. The plaintiff designated Ms. Ringer to serve as lead counsel for him. Doc. 16. Some defendants move to dismiss, Docs. 17, 20, and some for summary judgment, Doc. 27.

In July 2022, while the motions were pending, Ms. Ringer moved to withdraw, explaining she had resigned her position at Lento Law Group, Mr. Lento already had appeared to represent the plaintiff, and Chigozie Nwankwo with Lento Law Group will be appearing to represent the plaintiff. Doc. 29. The Court granted the motion to withdraw and directed Mr. Lento to apply for special admission. Docs. 31, 32. He never did, and he is ineligible to practice here, so the Court directed the clerk to "terminate" him as counsel for the plaintiff. Doc. 36.

In August 2022, Mr. Nwankwo appeared as counsel for the plaintiff. Doc. 34. Sadly, he passed away just a few weeks later. Doc. 40-1. Nichelle Womble

with Lento Law Group thus entered an appearance as counsel for the plaintiff. Doc. 40.

In April 2023, the Court scheduled a hearing on the motions to dismiss and for summary judgment for May 30, 2023. Doc. 41.

On May 9, 2023, Ms. Womble moved to withdraw as counsel for the plaintiff, explaining she had resigned from Lento Law Group effective May 18 but on May 8 Lento Law Group locked her out of her "email account and the client file system," rendering her unable to effectively represent her clients. Doc. 44 at 2. She states she was an associate and without authority to re-assign the case or obtain or try to find new counsel to represent the plaintiff. *Id*. She states the plaintiff and Lento Law Group are aware of the hearing and the motions to dismiss and for summary judgment. *Id*. She states the plaintiff "has elected to stay with Lento Law Group." *Id*. She asks the Court to stay the case for 30 days to allow Lento Law Group to find counsel to represent the plaintiff or the plaintiff to find new counsel to represent him. *Id*.

In a joint response, the defendants state no lawyers with Lento Law Group are members of The Florida Bar admitted to practice law in Florida. Doc. 45 at 3. The defendants state that they "understand Ms. Womble's representations to the Court and need for her to withdraw." *Id*. at 4. They emphasize their "desire to have rulings on their pending motions and to avoid further delay if possible." *Id*. They ask the Court to "grant the request to withdraw only if the pending motions may be argued no more than 45 days from" May 12, 2023. *Id*.

Because Ms. Womble cannot effectively represent the plaintiff without access to the files, and because the plaintiff wants lawyers with Lento Law

Group to continue to represent him, the Court **grants** the amended motion, Doc. 44, **permits** Ms. Womble to withdraw, and **directs** the clerk to modify the docket accordingly. The Court further **directs** the clerk to modify the docket to indicate that Mr. Nwankwo has passed away.

**By May 31, 2023, new counsel for the plaintiff must file a notice of appearance for the plaintiff, or the plaintiff must file a notice explaining that he will be representing himself.** To practice in this Court, counsel must either be a member of this Court's bar or move for special admission. *See* Local Rule 2.01. To the extent no lawyer with Lento Law Group is a member of this Court's bar, no lawyer with Lento Law Group may appear to represent the plaintiff unless that lawyer moves for and is granted special admission.

The hearing on the motions to dismiss, Docs. 17, 20, and for summary judgment, Doc. 27, is rescheduled to **July 6, 2023**, at **2:00 p.m.** before the Honorable Timothy J. Corrigan, United States District Judge, in the Bryan Simpson United States Courthouse, Courtroom 10D, 300 North Hogan Street, Jacksonville, Florida.*

**Ordered** in Jacksonville, Florida, on May 15, 2023.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

---

*All persons entering the courthouse must present photo identification to Court Security Officers. Although cellphones, laptop computers, and similar electronic devices generally are not permitted in the building, attorneys may bring those items with them to the extent permitted by Local Rule 7.02.

Copies to:

Susan S. Erdelyi, Esquire (by CM/ECF)
Matthew Joseph Carson, Esquire (by CM/ECF)
Michael P. Spellman, Esquire (by CM/ECF)
Brooks C. Rathet, Esquire (by CM/ECF)
David Eugene Hudson, Esquire (by CM/ECF)

nlwomble@lentolawgroup.com (by email; for forwarding to any lawyer with Lento Law Group)

Nichelle Lynn Womble, Esquire (by U.S. Mail)
11555 Heron Bay Boulevard, Suite 231
Coral Springs, FL 33076

Joseph D. Lento, Managing Attorney (by U.S. Mail and email)
Lento Law Group, P.A.
1500 Market Street
12th Floor, East Tower
Philadelphia, PA 19106
jdlento@lentolawgroup.com

Brett Peterson (by U.S. Mail and email)
315 Chestnut Street
Crescent City, FL 32112
Rolex5090@gmail.com