## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BRETT PETERSON,

     Plaintiff,

v.                                                    Case No. 3:22-cv-90-TJC-PDB

MICHELLE MYERS, H. D.
DELOACH, NORTHEAST
FLORIDA NEWSPAPERS, LLC, a,
SARAH CAVACINI, CITY OF
CRESCENT CITY, FLORIDA,
JOHN AND JANE DOE,
NUMBERS 1-10, and ABC
ENTITIES 1-10,

     Defendants.

_____

## ORDER TO SHOW CAUSE

    This case is before the Court because Plaintiff Brett Peterson has not responded to a Court Order. (Doc. 46). The Order required: "By May 31, 2023, new counsel for the plaintiff must file a notice of appearance for the plaintiff, or the plaintiff must file a notice explaining that he will be representing himself." Id. at 3. This deadline has passed and the required action was not taken. Accordingly, Plaintiff Brett Peterson must **SHOW CAUSE** no later than **June 21, 2023** as to why this case should not be dismissed without prejudice for failure to prosecute under Local Rule 3.10. Plaintiff is advised that if he does not respond to this Order by the June 21, 2023 deadline, this case may be

dismissed without prejudice without further notice. The Clerk is directed to send Plaintiff a copy of this Order to his email address and physical address on file. In the meantime, the hearing scheduled for July 6, 2023 is postponed.

**DONE AND ORDERED** in Jacksonville, Florida the 2nd day of June, 2023.



TIMOTHY J. CORRIGAN
United States District Judge

ksm
Copies:

Brett Peterson
Counsel of Record

2