# EXHIBIT B

November 12, 2021



Extended Search



# Porn sites put Crescent City on alert

By **Sarah Cavacini** on Tuesday, May 11, 2021

Authorities link former mayor's email, password to adult sites on office computer



Former Crescent City Mayor Brett Peterson

CRESCENT CITY — Security issues sparked concern in local government officials when porn websites were found on the previous mayor's work computer history.

There were at least 10 adult websites found in the history of former Mayor Brett Peterson's computer at City Hall following an investigation into alleged leaked information, documents show.

The Putnam County Sheriff's Office conducted an audit in early April because interim City Manager Phil Leary and Mayor Michele Myers, who currently uses the computer Peterson previously used, were worried "confidential information was being accessed off the mayor's work computer and then leaked," according to the agency's report.

"Additionally, there was concern that they had discovered links to adult websites and accounts with passwords associated with the former Mayor Brett Peterson," according to a sheriff's office report. "Peterson was the former mayor and had been assigned and used the computer in question before (Myers)."

Peterson denied accessing pornographic websites while in the government building.

"At no point did I ever access anything like that at the office," he said.



Read Palatka Daily News, Palatka, Florida

Palatka, FL 32177        59 °F    75 °F

The sheriff's office report did not find any evidence of illegal activities involving Myers' computer that Peterson, whom Myers defeated in the November general election, used during his time in office.

On March 24, someone in the Crescent City offices created a Microsoft Excel spreadsheet that listed websites, usernames and passwords that were associated with Peterson and found on the computer in question, city officials said. Leary said he was not sure who created the spreadsheet but confirmed the file was made at the city.

The file can be created by exporting a Google user's saved passwords to websites stored on a Google account.

"Google users can set their accounts to log in upon launch of their web browser automatically from any computer they use or access. It is my professional opinion that Peterson never logged out of his Google account upon leaving as mayor," the report stated. "Anyone subsequently launching Google Chrome on this computer would be automatically logged in as Peterson with access to his email and links to his frequent web destinations."

The Excel file obtained from Crescent City showed the adult website Tube8.com was frequently visited, but no date, time or username was linked on the Google homepage. However, one adult site, ismygirl.com, showed Peterson's email was used as the username, according to city documents.

Peterson questioned why this went "unnoticed" in the time since he left office and whether the sheriff's office could find out if his email was looked at by someone at City Hall.

"(It) makes me wonder if my emails were being searched when I had emails sent to and from me regarding the (Crescent City Police Department) issue or recall efforts," Peterson wrote in a text message.

He referenced efforts to recall City Commissioner Judy West and the city's police department being disbanded earlier this year.

The sheriff's office reported "no evidence that the open Google account was modified, fabricated or created by any other person who subsequently had possession of the computer."

Sheriff's office spokeswoman Allison Waters-Merritt said even if the sites were accessed at home, the links still showed up on city computers, which are government property. And the adult websites could have put viruses on all Crescent City computers, she said.

"These are not safe sites," Waters-Merritt said. "And if your computer is linked to your work computer, what are you potentially exposing the rest of the city to?"

Leary also worried about the city's technological safety, expressing concerns that are scheduled to be addressed at the commission's meeting 6 p.m. Thursday. He also said the findings – and not why the audit was originally performed – were surprising.

"Never in my career have I had to deal with a staff person or an official in this circumstance," Leary said.

Copyright 2021 by Palatka Daily News - all rights reserved.

PALATKA DAILY NEWS
1825 St. Johns Ave.
Palatka, FL 32177
(386) 312-5200

© 2021 Palatka Daily News, Palatka, Florida

CONTACT
WEBFORMS
ABOUT PUTNAM
ARCHIVE
LINKS
PRIVACY POLICY
ACCESSIBILITY POLICY